**LINDA J. CHU, TRUSTEE**
707 Wilshire Boulevard, Suite 3700
Los Angeles, CA  90017
Telephone:  (213) 688-1300
Telecopier: (213) 439-1440
Email: ljctrustee@sbcglobal.net

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>POWERCOM ENERGY AND COMMUNICATION DBA POWERCOM ENERGY AND COMMUNICAT<br><br>Debtor(s) | CASE NO. 2:02-bk-29177-EC<br><br>CHAPTER 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011) |

**TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto, Check No.10367  , in the sum of $146,856.31, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

_____
Linda J. Chu, Chapter 7 Trustee

Dated: January 7, 2011

-1-

| NO. | CLAIMANT | CLAIMED AMOUNT | DIVIDEND |
|---|---|---|---|
| 190 | RUNNING, RANDALL<br>POB 812<br>BEULAH, ND 58523 | $25,000.00 | $12,521.27 |
| 206 | HOWARD, ALVIN<br>1306 S. LARADO CT.<br>AURORA. CO 80017 | $15,000.00 | $7,512.76 |
| 252 | RASMUSSEN, HENRIK V<br>& TERESA H<br>1112 NW LEARY WAY<br>SEATTLE WA 98107-5133 | $10,000.00 | $5,008.51 |
| B | CITIBANK USA NA<br>DBA: OFFICEMAX COM<br>REV REG ACCTS.<br>P.O. BOX 9025<br>DES MOINES IA 50368 | $821.93 | $309.54 |
| D | CITICORP VENDOR<br>FIN INC. FKA<br>COPELAND CAPITAL<br>ATTN: KATIE NANNEMA<br>1800 OVERCENTER DR.<br>MOBERLY MO 65270 | $13,451.85 | $5,065.91 |
| E | HILL, MICHAEL D.<br>57 RIDGE ROAD<br>CHEROW, SC 29520 | $8,000.00 | $3,012.77 |
| 1 | USI, INC.<br>P.O. BOX 18117<br>BRIDGEPORT, CT 06601-2917 | $32.85 | $12.38 |
| 3 | COMMERS, MR. THOMAS<br>1908 EDINBROOK CT.<br>BROOKLYN PARK, MN 55443 | $12,600.00 | $4,745.10 |
| 5 | CUSTOMER LINK<br>325 LAKE AVE. SOUTH, STE 710<br>DULUTH, MN 55802 | $20,951.80 | $7,890.35 |
| 18 | UPTIME INTERGRATED SYSTEMS<br>1950 SAWATALLE BLVD., #230<br>LOS ANGELES, CA 90025 | $525.00 | $197.71 |
| 37 | COLLINS, MR. WILLIAM<br>1985 TWAIN RIDGE DR.<br>LEXINGTON, KY 40514 | $8,000.00 | $3,012.76 |

| | | | |
|---|---|---|---|
| 1 | 38 SANGELADJI, MR. MOHAMMAD<br>18569 BRYMER ST. | | |
| 2 | NORTHRIDGE, CA 91326 | $5,000.00 | $1,882.98 |
| 3 | 50 SBC PACIFIC BELL | | |
| 4 | BANKRUPTCY RECOVERY<br>CENTER, P.O. BOX 981268 | | |
| 5 | WEST SACRAMENTO, CA 9585 | $291.51 | $109.78 |
| 6 | 53 STERGER, MR. WESLEY<br>4228 46TH AVE. N | | |
| 7 | ROBBINSDALE, MN 55422 | $36,000.00 | $13,557.43 |
| 8 | 61 HARRIS FAMILY TRUST<br>MR. RODGER | | |
| 9 | 55 SALEM ST. | | |
| 10 | LYFIELD, MA 01940 | $10,500.00 | $3,954.25 |
| 11 | 65 ZHU, MR. ZHENYU<br>3061 APPLERIDGE DR. | | |
| 12 | ANN ARBOR, MI 98040 | $9,000.00 | $3,389.36 |
| 13 | 71 FREEDMAN, MR. HARRIS F.<br>3764 79TH AVE. | | |
| 14 | MERCER ISLAND, WA 98040 | $8,000.00 | $3,012.76 |
| 15 | 76 HOTJOBS.COM | | |
| 16 | ATTN: JULIE SHERMAK<br>406 W 31 STREET 9TH FL | | |
| 17 | NEW YORK, NY 10001 | $10,688.63 | $4,025.29 |
| 18 | 78 PAK, MR. BENEDICT<br>11251-2 KEY WEST AVE. | | |
| 19 | NORTHRIDGE, CA 91326 | $10,000.00 | $3,765.95 |
| 20 | 84 RUSEWICK, DAVID<br>P.O. BOX 29487 | | |
| 21 | COVINA, CA 91722 | $3,646.06 | $1,373.09 |
| 22 | 91 VARGO, MR. ALBERT | | |
| 23 | 7913 FPREST VIEW DR.<br>AUSTIN TX 78737 | $25,000.00 | $9,414.88 |
| 24 | 104 ANDREWS, MR. HAROLD DEE | | |
| 25 | 21 CRAFTON ST.<br>MAYFLOWER AR 72106 | $22,000.00 | $8,285.10 |
| 26 | 108 COMNET CORP. | | |
| 27 | 2033 S. OSK ST. | | |
| 28 | SANTA ANA, CA 92707 | $25,000.00 | $9,414.88 |

| | | | |
|---|---|---|---|
| 1 | 119 ERA-OKOJIE, MR./MRS. IGWAUDE<br>11821 BALBOA BLVD.<br>GRANADA HILLS, CA 91344 | $5,000.00 | $1,882.98 |
| | 140 BRAINSTED, CHARLSE H.B<br>45 ROCKEFELLER PLAZA<br>ELEVENTH FLOOR<br>NEW YORK, NY 10111 | $2,100.00 | $790.85 |
| | 147 IZUNO, MR. MITCHELL<br>96-1225 WAIHONA ST., UNIT D-1<br>PEARL CITY, HI 96782 | $12,000.00 | $4,519.14 |
| | 159 BUSBY, MS. LORETTA<br>27455 NEWPORTER WAY<br>LAGUNA NIGUEL, CA 92677 | $12,000.00 | $4,519.14 |
| | 169 DOWNING, MR. D. RANDY<br>P.O. BOX 1802<br>VERNAL, UT 84078 | $5,001.00 | $1,883.35 |
| | 175 GORMLEY, MR. RALPH<br>10061 STARBOARD CIRCLE<br>HUNTINGTON BEACH, CA 9264 | $10,000.00 | $3,765.95 |
| | 184 INTELSYS INC.<br>99 MINEOLA AVE.<br>ROSLYN HEIGHTS, NY 11577 | $850.00 | $320.11 |
| | 241 KASPERIT, DAVID<br>POB 772<br>BURNS FLAT, OK 73624 | $17,000.00 | $6,402.12 |
| | 259 FAW, WAYNE<br>1027 NE GLADYS DR<br>HERMISTON, OR 97838 | $30,000.00 | $11,297.86 |
| | TOTAL | $373,460.63 | $146,856.31 |