| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Albert Vargo, Jr<br>14404 American Kestrel<br>Austin, TX 78738<br>512 263-5223 | FILED<br>JAN 24 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Powercom Energy & Communications | CASE NUMBER LA02-29177-EC |
| Debtor. | HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 9,414.88 which is the sum of all monies deposited with the court on the following date(s) Jan. 7, 2011 on behalf of the creditor Albert Vargo, Jr. on claim number(s) 91

2. Please check and complete the applicable subparagraph(s) below:

    ☒ a. I am the creditor named in paragraph 1.

    ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    ☐ c. I am the creditor and have appointed _____
    as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

*(Continued on next page)*

Motion for Order Releasing Unclaimed Funds - *Page 2*          **F 3011-1**

| In re Powercom Energy & Communications | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER LA02-29177-EC |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

      Albert Vargo, Jr

      14404 American Kestrel

      Austin, TX 78737

      512 263-5223

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

      Moved from 7913 Forest View Dr. Austin, TX 78737 in July of 2004. Now residing at 14404 American Kestrel, Austin, TX since Feb. 2005

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*    **F 3011-1**

| In re Powercom Energy & Communications | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER LA02-29177-EC |

_Albert Vargo Jr._
Signature of Creditor/Successor

(Corporate Seal

if applicable)

Albert Vargo, Jr
*Type or Print Creditor's/Successor's Name*

14404 American Kestrel Austin, TX 78738
Creditor's/Successor's Address

STATE OF ~~CALIFORNIA~~ TEXAS, COUNTY OF Travis

On January 20, 2011 before me, personally appeared *(insert name and title of the signer)* Albert Vargo Jr.

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)    SHIRLEY CRUZ
MY COMMISSION EXPIRES
November 5, 2014

Notary Public
My commission expires on 11-05-2014

Motion for Order Releasing Unclaimed Funds - *Page 4*    **F 3011-1**

| In re Powercom Energy & Communications | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER LA02-29177-EC |

_____
*Signature of Attorney/Attorney-in-Fact (if appointed)*

_____
*Type or Print Name*

_____
Address

_____

_____

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

_____

_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
*Notary Public*

My commission expires on _____

Presented by:

_____

_____

_____

| Motion for Order Releasing Unclaimed Funds - *Page 5* | | **F 3011-1** |
|---|---|---|
| In re Powercom Energy Communications | CHAPTER _____ | |
| | Debtor. | CASE NUMBER LA02-29177-EC |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _____,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

US Attorney Central District of California
312 No. Spring St.
Los Angeles, CA 90012

US Trustee Central District of California
725 So. Figueroa St. 26th Floor
Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Linda J. Chu
707 Wilshire Blvd. Ste #3700
Los Angeles, CA 90017

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Powercom Energy & Communications
601 Wilshire Blvd. #895
Los Angeles, CA 90017

ROBERT B. PARSONS
3424 CARSON ST. #500
TORRENCE, CA 90503

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Albert Vargo, Jr
14404 American Kestrel
Austin, TX 78738

20 JAN. 2011
Date

*(signed)* Albert Vargo Jr.
Signature

Albert Vargo, Jr
*Type or Print Name*

| Form **W-9** (Rev. October 2007) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |

**Name** (as shown on your income tax return)
ALBERT VARGO, JR

**Business name**, if different from above

Check appropriate box: ☒ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .......
☐ Other (see instructions) ▶

☐ Exempt payee

**Address** (number, street, and apt. or suite no.)
14404 AMERICAN KESTREL

**City, state, and ZIP code**
AUSTIN, TX 78738

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number**
192 18 7928

**or**

**Employer identification number**

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶                Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X                Form **W-9** (Rev. 10-2007)

