

# ORIGINAL

| | FOR COURT USE ONLY |
|---|---|
| Dilks & Knopik, LLC<br>PO Box 2728<br>Issaquah, WA 98027-0125<br>Ph. 425-836-5728<br>Fx. 425-650-9930 | FILED<br>JAN 25 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In Re:<br><br>Powercom Energy and Communication<br><br>Debtor. | CASE NUMBER: 2:02-bk-29177-EC |
| | HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $7,890.35 which is the sum of all monies deposited with the court on the following date(s) 01/07/2011 on behalf of the creditor CUSTOMER LINK on claim number(s) 5.

2. Please check and complete the applicable subparagraph(s) below:

    ☐ a. I am the creditor named in paragraph 1.

    ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

    X c. I am the creditor and have appointed _Dilks & Knopik, LLC_ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

    _____
    _____
    _____
    _____

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 2*

| In Re: | CHAPTER 7 |
|---|---|
| Powercom Energy and Communication Debtor. | CASE NUMBER: 2:02-bk-29177-EC |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   CustomerLink LLC
   1 East First Street Suite 300
   Duluth, MN 55802
   866.245.5569

   b. And a brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   The original dividend check was sent to CustomerLink at 325 Lake Ave, Ste 710, Duluth, MN 55802 . That address is no longer valid. The current address is listed in line 3a above. The change in mailing address may have prevented delivery of the original dividend check.

4. I understand that, pursuant to 18 U.S.C. Section 152, I shall be fined not more than $5,000.00, or imprisoned not more than five years, or both, if I have knowingly or fraudulently made any false statements in this document.

*(continued on next page)*

Motion for Order Releasing Unclaimed Funds – *Page 3*

| In Re: POWERCOM ENERGY AND COMMUNICATION Debtor. | CHAPTER 7 CASE NUMBER: 2:02-bk-29177-EC |
|---|---|

_____
Creditors Signature

CustomerLink LLC Perry Flemmen
Type or Print Creditor's Name

(affix corporate seal)

1 East First Street Suite 300

Duluth, MN 55802
Creditors Address

866.245.5569
Creditors Phone

STATE OF __MN__, COUNTY OF __St. Louis__

On __Jan. 14, 2011__ before me, personally appeared (insert name and title of the signer)
__Perry Flemmen__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

KATHY D. MAKKYLA
Notary Public-State of Minnesota
My Commission Expires
January 31, 2011

(SEAL)

__Kathy D. Makkyla__
Notary Public

My commission expires on __01-31-11__

Motion for Order Releasing Unclaimed Funds – *Page 4*

| In Re:<br>Powercom Energy and Communication<br>Debtor. | CHAPTER 7<br><br>CASE NUMBER: 2:02-bk-29177-EC |
|---|---|

_____
Signature of Attorney-in-Fact

Brian J. Dilks, Managing Member
Type or Print Name

Dilks & Knopik, LLC
Address

P.O. Box 2728

Issaquah, WA 98027

STATE OF WASHINGTON, COUNTY OF KING

On __1/20/11__ before me, personally appeared Brian J. Dilks personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my had and official seal.

_____
Notary Public

(SEAL)

My commission expires on ___July 29, 2014___

Presented by:

_____

_____

_____

Motion for Order Releasing Unclaimed Funds – *Page 5*

| In Re:                              | CHAPTER 7                        |
|-------------------------------------|----------------------------------|
| Powercom Energy and Communication   |                                  |
| Debtor.                             | CASE NUMBER: 2:02-bk-29177-EC    |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on January 19, 2011 I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

Linda J. Chu
Case Trustee
707 Wilshire Blvd, Suite 3700
Los Angeles, CA 90071

Powercom Energy and Communication
Debtor
601 Wilshire Bl #895
Los Angeles, CA 90017

CustomerLink LLC
Perry Flemmen CEO
1 East First Street Suite 300,
Duluth, MN 55802

United States Trustee's Office
725 South Figueroa, 26th Floor
Los Angeles, CA 90017

Thomas W. Dressler
Debtor Attorney
707 Wilshire Blvd., #3700
Los Angeles, CA 90017

United States Attorney
312 North Spring Street
Los Angeles, CA 90012

Date: January 19, 2011

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125
(425) 836-5728

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RE: POWERCOM ENERGY AND )   Case: 2:02-bk-29177-EC
COMMUNICATION )
 )
 )   **AUTHORITY TO ACT**
 )   **Limited Power of Attorney**
 )   **Limited to one Transaction**
Debtor(s) )

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. CustomerLink LLC with a tax identification number of **41-1955737**, ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$7,890.35** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_/s/ Perry Flemmen_    Date: 1-14, 2011
Perry Flemmen, CEO

**CUSTOMERLINK**

Perry Flemmen
CEO

Local:     218-722-2800 ext. 2098
Toll Free: 800-722-2808         1 East First Street, Suite 300
Fax:       218-722-3287         Duluth, MN 55802

pflemmen@customerlinkone.com    www.customerlinkone.com

Affix Corporate Seal Below

STATE OF ___MN___ )    COUNTY OF _St. Louis_ )

On this **14** day of **January**, **2011**, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) **Perry Flemmen** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

WITNESS my hand and official seal.

NOTARY PUBLIC _Kathy D. Makkyla_

My Commission expires _01-31-11_

KATHY D. MAKKYLA
Notary Public-State of Minnesota
My Commission Expires
January 31, 2011

(Notary Seal)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

RE:

POWERCOM ENERGY AND
COMMUNICATION

)
)
)
)
)
)
)
)

Case: 2:02-bk-29177-EC

Certificate of Incumbency

_____/s/ Gary Gange_____, _____Chief Member_____ of
                Name                                Title

CustomerLink LLC, hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

1. Dilks & Knopik, LLC, PO Box 2728, Issaquah, WA 98027-0125 has been granted a Power of Attorney by Perry Flemmen, CEO of CustomerLink LLC to submit an Application for Payment of Unclaimed Funds seeking payment in the amount of $7,890.35 due and owing to CustomerLink LLC as a creditor in the above referenced bankruptcy case.
2. My name and position with the company is listed above and the address and telephone number are as follows:

(affix corporate seal)

CustomerLink LLC
1 East First Street Suite 300
Duluth, MN 55802
866.245.5569

3. CustomerLink LLC have neither previously received remittance for this claim nor have contracted with any other party other than the person named in item one above to recover these funds.
4. Perry Flemmen is the CEO of CustomerLink LLC and is authorized to sign on its behalf for the collection of the said unclaimed funds.

Dated: __1-14-11__                     __GARY GANGE__
                                              Signature

STATE OF __MN__, COUNTY OF __St. Louis__

On __01-14-11__ before me, personally appeared (insert name and title of the signer)

---

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

KATHY D. MAKKYLA
Notary Public-State of Minnesota
My Commission Expires
January 31, 2011

(SEAL)   __Kathy D. Makkyla__
              Notary Public

My commission expires on __01-31-11__

| Form **W-9** (Rev. October 2007) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give form to the requester. Do not send to the IRS. |
|---|---|---|

**Print or type — See Specific Instructions on page 2.**

Name (as shown on your income tax return)
**CustomerLink LLC**

Business name, if different from above

Check appropriate box:  ☐ Individual/Sole proprietor    ☐ Corporation    ☐ Partnership
☒ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ .......
☐ Other (see instructions) ▶
☐ Exempt payee

Address (number, street, and apt. or suite no.)
**1 East First Street Suite 300**

Requester's name and address (optional)

City, state, and ZIP code
**Duluth, MN 55802**

List account number(s) here (optional)

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
**41 : 1955737**

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here    Signature of U.S. person ▶ *[signature]*    Date ▶ 1/14/11

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7).

Special rules for partnerships. Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

## AFFIDAVIT OF CREDITOR'S
### Access to claimant's corporate seal

**BE IT ACKNOWLEDGED**, that I Perry Flemmen, the undersigned deponent, belonging to the legal age, do hereby depose and say under the penalty of perjury under the laws of the United States of America that the following statements and information are true and correct to the best of my knowledge and belief:

That I, Perry Flemmen, am the CEO of CustomerLink LLC. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of CustomerLink LLC and its subsidiaries/acquisitions or affiliates. CustomerLink LLC and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Duluth, MN office. However, I do not have readily access to the CustomerLink LLC corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this __14TH__ day of __JANUARY__, 20__11__

_(signature)_
Perry Flemmen
CEO
1 East First Street Suite 300
Duluth, MN 55802

STATE OF __MN__ )
COUNTY OF __St. Louis__ )

On this __14__ day of __January__, 20__11__ before me Perry Flemmen personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

__Kathy D. Makkyla__
Signature

Affiant: Known __X__ or Produced ID ____
Type of ID ____

My commission expires: __01-31-11__

KATHY D. MAKKYLA
Notary Public-State of Minnesota
My Commission Expires
January 31, 2011

From: unknown    Page: 1/1    Date: 1/18/2011 7:09:13 AM



### CUSTOMERLINK

Jason Broska
Director, Finance

Local:     218-722-2800
Toll Free: 800-722-2808
Fax:       218-722-3287

325 S. Lake Ave. Suite 710
Duluth, MN 55802

jbroska@customerlinkone.com     www.customerlinkone.com

**Proof of Address**
**Page** 1 **of** 1

```
LINDA J. CHU, TRUSTEE
707 Wilshire Boulevard, Suite 3700
Los Angeles, CA  90017
Telephone:  (213) 688-1300
Telecopier: (213) 439-1440
Email: ljctrustee@sbcglobal.net
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>POWERCOM ENERGY AND COMMUNICATION DBA POWERCOM ENERGY AND COMMUNICAT<br><br>Debtor(s) | CASE NO. 2:02-bk-29177-EC<br><br>CHAPTER 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS (FRBP 3011) |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto, Check No. 10367, in the sum of $146,856.31, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Linda J. Chu, Chapter 7 Trustee

Dated: January 7, 2011

-1-

| NO. | CLAIMANT | CLAIMED AMOUNT | DIVIDEND |
|---|---|---|---|
| 190 | RUNNING, RANDALL<br>POB 812<br>BEULAH, ND 58523 | $25,000.00 | $12,521.27 |
| 206 | HOWARD, ALVIN<br>1306 S. LARADO CT.<br>AURORA, CO 80017 | $15,000.00 | $7,512.76 |
| 252 | RASMUSSEN, HENRIK V<br>& TERESA H<br>1112 NW LEARY WAY<br>SEATTLE WA 98107-5133 | $10,000.00 | $5,008.51 |
| B | CITIBANK USA NA<br>DBA: OFFICEMAX COM<br>REV REG ACCTS.<br>P.O. BOX 9025<br>DES MOINES IA 50368 | $821.93 | $309.54 |
| D | CITICORP VENDOR<br>FIN INC. FKA<br>COPELAND CAPITAL<br>ATTN: KATIE NANNEMA<br>1800 OVERCENTER DR.<br>MOBERLY MO 65270 | $13,451.85 | $5,065.91 |
| E | HILL, MICHAEL D.<br>57 RIDGE ROAD<br>CHEROW, SC 29520 | $8,000.00 | $3,012.77 |
| 1 | USI, INC.<br>P.O. BOX 18117<br>BRIDGEPORT, CT 06601-2917 | $32.85 | $12.38 |
| 3 | COMMERS, MR. THOMAS<br>1908 EDINBROOK CT.<br>BROOKLYN PARK, MN 55443 | $12,600.00 | $4,745.10 |
| 5 | CUSTOMER LINK<br>325 LAKE AVE. SOUTH, STE 710<br>DULUTH, MN 55802 | $20,951.80 | $7,890.35 |
| 18 | UPTIME INTERGRATED SYSTEMS<br>1950 SAWATALLE BLVD., #230<br>LOS ANGELES, CA 90025 | $525.00 | $197.71 |
| 37 | COLLINS, MR. WILLIAM<br>1985 TWAIN RIDGE DR.<br>LEXINGTON, KY 40514 | $8,000.00 | $3,012.76 |

| | | |
|---|---:|---:|
| 38 SANGELADJI, MR. MOHAMMAD<br>18569 BRYMER ST.<br>NORTHRIDGE, CA 91326 | $5,000.00 | $1,882.98 |
| 50 SBC PACIFIC BELL<br>BANKRUPTCY RECOVERY<br>CENTER, P.O. BOX 981268<br>WEST SACRAMENTO, CA 9585 | $291.51 | $109.78 |
| 53 STERGER, MR. WESLEY<br>4228 46TH AVE. N<br>ROBBINSDALE, MN 55422 | $36,000.00 | $13,557.43 |
| 61 HARRIS FAMILY TRUST<br>MR. RODGER<br>55 SALEM ST.<br>LYFIELD, MA 01940 | $10,500.00 | $3,954.25 |
| 65 ZHU, MR. ZHENYU<br>3061 APPLERIDGE DR.<br>ANN ARBOR, MI 98040 | $9,000.00 | $3,389.36 |
| 71 FREEDMAN, MR. HARRIS F.<br>3764 79TH AVE.<br>MERCER ISLAND, WA 98040 | $8,000.00 | $3,012.76 |
| 76 HOTJOBS.COM<br>ATTN: JULIE SHERMAK<br>406 W 31 STREET 9TH FL<br>NEW YORK, NY 10001 | $10,688.63 | $4,025.29 |
| 78 PAK, MR. BENEDICT<br>11251-2 KEY WEST AVE.<br>NORTHRIDGE, CA 91326 | $10,000.00 | $3,765.95 |
| 84 RUSEWICK, DAVID<br>P.O. BOX 29487<br>COVINA, CA 91722 | $3,646.06 | $1,373.09 |
| 91 VARGO, MR. ALBERT<br>7913 FPREST VIEW DR.<br>AUSTIN TX 78737 | $25,000.00 | $9,414.88 |
| 104 ANDREWS, MR. HAROLD DEE<br>21 CRAFTON ST.<br>MAYFLOWER AR 72106 | $22,000.00 | $8,285.10 |
| 108 COMNET CORP.<br>2033 S. OSK ST.<br>SANTA ANA, CA 92707 | $25,000.00 | $9,414.88 |

| # | Name / Address | | |
|---|---|---|---|
| 119 | ERA-OKOJIE, MR./MRS. IGWAUDE<br>11821 BALBOA BLVD.<br>GRANADA HILLS, CA 91344 | $5,000.00 | $1,882.98 |
| 140 | BRAINSTED, CHARLSE H.B<br>45 ROCKEFELLER PLAZA<br>ELEVENTH FLOOR<br>NEW YORK, NY 10111 | $2,100.00 | $790.85 |
| 147 | IZUNO, MR. MITCHELL<br>96-1225 WAIHONA ST., UNIT D-1<br>PEARL CITY, HI 96782 | $12,000.00 | $4,519.14 |
| 159 | BUSBY, MS. LORETTA<br>27455 NEWPORTER WAY<br>LAGUNA NIGUEL, CA 92677 | $12,000.00 | $4,519.14 |
| 169 | DOWNING, MR. D. RANDY<br>P.O. BOX 1802<br>VERNAL, UT 84078 | $5,001.00 | $1,883.35 |
| 175 | GORMLEY, MR. RALPH<br>10061 STARBOARD CIRCLE<br>HUNTINGTON BEACH, CA 9264 | $10,000.00 | $3,765.95 |
| 184 | INTELSYS INC.<br>99 MINEOLA AVE.<br>ROSLYN HEIGHTS, NY 11577 | $850.00 | $320.11 |
| 241 | KASPERIT, DAVID<br>POB 772<br>BURNS FLAT, OK 73624 | $17,000.00 | $6,402.12 |
| 259 | FAW, WAYNE<br>1027 NE GLADYS DR<br>HERMISTON, OR 97838 | $30,000.00 | $11,297.86 |
| | TOTAL | $373,460.63 | $146,856.31 |