**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

In re ) Case No. LA02-29177EC
) ORDER TO PAY UNCLAIMED FUNDS
Powercom Energy & Communication)
)
)
)
Debtor (s) )
)

It appears that a check made payable to Benedict Pak in the amount of $3,765.95, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on January 12, 2011 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Benedict Pak c/o Asset Recovery Trust now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,765.95 to Benedict Pak c/o Asset Recovery Trust, P.O. Box 4296, Costa Mesa, CA 92628-4296.

_____    _____4/26/11_____
United States Bankruptcy Judge                    Date

JUDGE - REV. 04/00