**FILED**
**MAY - 5 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re                                )    Case No. LA02-29177EC
                                     )    ORDER TO PAY UNCLAIMED FUNDS
  Powercom Energy & Communication)
                                     )
                                     )
                                     )
  Debtor (s)                         )
                                     )

**ENTERED**
**MAY - 5 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

It appears that a check made payable to Ralph Gormley (deceased) in the amount of $3,765.95, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on January 12, 2011 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Barbara Gormley for the Estate of Ralph Gormley c/o Dilks & Knopik, LLC now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,765.95 to Barbara Gormley for the Estate of Ralph Gormley c/o Dilks & Knopik, LLC, P.O. Box 2728, Issaquah, WA 98027.

_____Ellen Carroll_____              _____5/5/11_____
United States Bankruptcy Judge              Date

JUDGE - REV. 04/00