


# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. LA02-29177EC |
| ) | ORDER TO PAY UNCLAIMED FUNDS |
| Powercom Energy & Communication ) | |
| Debtor (s) ) | |

It appears that a check made payable to Harold Dee Andrews (deceased) in the amount of $8,285.10, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on January 12, 2011 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that Dana Andrews, trustee for the Estate of Harold Dee Andrews c/o Dilks & Knopik, LLC now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,285.10 to the Estate of Harold Dee Andrews c/o Dilks & Knopik, LLC, P.O. Box 2728, Issaquah, WA 98027.

_____          _7/11/11_
   United States Bankruptcy Judge                Date

JUDGE - REV. 04/00